**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
PARO MANAGEMENT CO., INC. and J&N
REALTY ASSOCIATES, LLC,

                 Plaintiffs,

-against-                               24 **CIVIL** 4885 (MKV)

                                                    **JUDGMENT**

WILLIS OF NEW JERSEY, INC.,

                 Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 27, 2025, the motion to dismiss [ECF No. 13] is GRANTED, and this case is dismissed without prejudice. Accordingly, the case is closed.

**Dated:** New York, New York

      March 27, 2025

                                                   **TAMMI M HELLWIG**
                                                     Clerk of Court

                             **BY:**      _____
                                                      **Deputy Clerk**