**EVERSHEDS SUTHERLAND**

Eversheds Sutherland (US) LLP
The Grace Building, 40th Floor
1114 Avenue of the Americas
New York, NY 10036-7703

D: 212.389.5068
F: 212.389.5099

kymberlykochis@eversheds-sutherland.com

April 8, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___4/9/26___

**VIA CM/ECF**
The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

Re:    *Paro Management Co., et al v. Willis of New Jersey, Inc.*
       *Case No.: 1:24-cv-04885-MKV*

Dear Judge Vyskocil:

The undersigned represents Willis of New Jersey, Inc., Defendant in the above-referenced matter ("Defendant"). Pursuant to Local Civil Rule 7.1(d) and Rule 2.G. of Your Honor's Individual Practices and Rules, the undersigned on behalf of Defendant respectfully requests an adjournment of the Initial Pretrial Conference currently scheduled for April 24, 2026 at 2:30 p.m. and extension of the related deadlines (ECF No. 32). Counsel for Defendant has a conflicting pre-trial conference in the Eastern District of New York on the same date for a case set to begin trial on May 4, 2024. The undersigned therefore respectfully requests an adjournment of the Initial Pretrial Conference to a date the week of April 27, 2026, or sometime after May 18, 2026, to accommodate the pre-trial conference and attendant two-week scheduled trial in the other matter.  The parties have commenced discovery and exchanged initial disclosures.

The undersigned has conferred with counsel for Plaintiffs regarding this request, and they consent to the adjournment and extension of related deadlines. This is Defendant's first request for the relief sought herein.

Thank you in advance for your consideration of this matter.

GRANTED. The IPTC is ADJOURNED to May 8, 2026
at 11:30 a.m. The JL and proposed CMP are due May 1,
2026.

Date:  Apr. 9, 2026
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge
cc: Evan S. Schwartz (via CM/ECF)

Sincerely,

*/s/ Kymberly Kochis*
Kymberly Kochis
Eversheds Sutherland (US) LLP
Attorneys for Defendant

Eversheds Sutherland (US) LLP is part of a global legal practice, operating through various separate and distinct legal entities, under Eversheds Sutherland.  For a full description of the structure and a list of offices, please visit www.eversheds-sutherland.com.