**EVERSHEDS SUTHERLAND**

Eversheds Sutherland (US) LLP
The Grace Building, 40th Floor
1114 Avenue of the Americas
New York, NY 10036-7703

D: 212.389.5068
F: 212.389.5099

kymberlykochis@eversheds-sutherland.com

April 14, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___4/16/26___

**VIA CM/ECF**
The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

Re:    ***Paro Management Co., et al v. Willis of New Jersey, Inc.***
       **Case No.: 1:24-cv-04885-MKV**

Dear Judge Vyskocil:

The undersigned represents Willis of New Jersey, Inc., Defendant in the above-referenced matter ("Defendant"). Pursuant to Local Civil Rule 7.1(d) and Rule 2.G. of Your Honor's Individual Practices and Rules, the undersigned on behalf of Defendant respectfully requests an adjournment of the Initial Pretrial Conference currently scheduled for May 8, 2026 at 2:30 p.m. and extension of the related deadlines (ECF No. 32).

On April 8, 2026, counsel for Defendant submitted a letter requesting an adjournment of the Initial Pretrial Conference then scheduled for April 24, 2026, because counsel has a conflicting pre-trial conference in the Eastern District of New York on the same date for a case set to begin trial on May 4, 2026. ECF No. 33. The undersigned therefore requested the Initial Pretrial Conference be adjourned to a date the week of April 27, 2026, or sometime after May 18, 2026, to accommodate both the pre-trial conference *and* the two-week scheduled trial in the other matter. *Id*. On April 9, 2026, the Court granted Defendant's request for an adjournment and reset the Initial Pretrial Conference for May 8, 2026. ECF No. 34. Unfortunately, counsel for Defendant is scheduled to be on trial on May 8, 2026, before the Hon. LaShann DeArcy Hall. Trial is likely to run through May 18, 2026. The undersigned therefore respectfully requests that the Initial Pretrial Conference be adjourned to a date after May 18, 2026, to accommodate the scheduled trial.

The undersigned has conferred with counsel for Plaintiffs regarding this request, and they consent to the adjournment and extension of related deadlines. This is Defendant's second request for the relief sought herein.

Eversheds Sutherland (US) LLP is part of a global legal practice, operating through various separate and distinct legal entities, under Eversheds Sutherland. For a full description of the structure and a list of offices, please visit www.eversheds-sutherland.com.

**EVERSHEDS SUTHERLAND**

Thank you in advance for your consideration of this matter.

Sincerely,

*/s/ Kymberly Kochis*
Kymberly Kochis
Eversheds Sutherland (US) LLP
Attorneys for Defendant

cc: Evan S. Schwartz (via CM/ECF)

**Granted. SO ORDERED.** The IPTC is ADJOURNED to May 21, 2026 at 2:00 p.m. The JL and proposed CMP are due one week before.

Date: April 16, 2026
New York, New York

Mary Kay Vyskocil
United States District Judge