SCHWARTZ, CONROY & HACK, PC
Insurance Recovery & Business Dispute Lawyers

November 17, 2026

**VIA ECF**
Hon. Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** ***Paro Management Co., et al v. Willis of New Jersey, Inc.***
**Case No.: 1:24-cv-04885 (MKV)**

Your Honor:

This firm represents Plaintiffs Paro Management Co., Inc. and J&N Realty Associates, LLC (collectively, "Plaintiffs"). We write jointly with counsel for Defendant Willis of New Jersey, Inc. ("Defendant," and together with Plaintiffs, the "Parties") to respectfully request an adjournment of the status conference currently scheduled for November 30, 2026.

The Parties' motions for summary judgment are fully briefed and *sub judice*. Plaintiffs' motion for partial summary judgment (ECF No. 46) and Defendant's motion for summary judgment (ECF No. 51) were fully submitted on November 13, 2026. Because the Court's decision on those motions may resolve or substantially narrow the issues remaining in this action, the Parties respectfully submit that a status conference would be most productive after the Court has ruled, and that adjourning the conference will conserve the resources of the Court and the Parties.

The Parties therefore respectfully request that the Court adjourn the November 30, 2026 status conference *sine die* pending decision on the motions for summary judgment, with the Parties to submit a joint status letter within fourteen (14) days of the Court's decision proposing next steps.

This is the first request to adjourn the November 30, 2026 status conference.

The Parties thank the Court for its attention to this matter.

**Granted. SO ORDERED.**
The conference previously scheduled in this matter for November 30, 2026, is hereby ADJOURNED.

Date: 11/24/2026
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

Respectfully submitted,
**SCHWARTZ, CONROY & HACK, P.C.**

*Evan S. Schwartz*
Evan S. Schwartz, Esq.

cc: *All counsel of record (via ECF)*

www.schlawpc.com
666 Old Country Rd., Suite 900, Garden City, New York 11530
Tel: 1.833.824.5350 | Fax: 516.745.0844